**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

ANIELKA HERRERA MENDOZA,
Petitioner,
v.
Warden, Otay Mesa Detention Center
Respondent.

Case No.: 26cv5904 DMS (JLB)

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Petitioner Anielka Herrera Mendoza, an immigration detainee proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 8 U.S.C. § 2241 challenging her continued detention at Otay Mesa Detention Center.

After reviewing the Petition, the Petition is dismissed with leave to amend because it is missing crucial information for the Court to evaluate whether a response is warranted. *See Kourteva v. I.N.S.*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.") For example, Petitioner fails to allege when and how she entered the United States. She also fails to allege any details explaining her current detention.

If Petitioner wishes to re-open and proceed with this habeas action, she must submit, no later than **November 16, 2026**, a copy of this Order along with a completed First Amended Petition. ***The Clerk of Court is directed to send Petitioner a blank 28 U.S.C. § 2241 form petition for immigration cases, along with a copy of the instructions for completing the form.***

**IT IS SO ORDERED.**

Dated: October 16, 2026

Hon. Dana M. Sabraw
United States District Judge